# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00103-MR

| | |
|---|---|
| **WINDY CITY INNOVATIONS, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **MICROSOFT CORPORATION,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's motions for the admission of certain attorneys as counsel *pro hac vice*. [Docs. 18, 19, 20, 21, 22, 23]. Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Defendant's motions [Docs. 18, 19, 20, 21, 22, 23] are **ALLOWED**, and Richard A. Cederoth, Stephanie P. Koh, John McBride, Ellen S. Robbins, Raquel C. Rodriguez, and Herman F. Webley are each hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge